### DUFFEL *v*. THE STATE.

LITTLE, J. There being no error of law complained of, and the evidence, although entirely circumstantial, being sufficient to warrant the verdict, the judge did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted July 21, — Decided August 7, 1902.

Indictment for larceny. Before Judge Holden. Madison superior court. June 12, 1902.

*George C. Thomas* and *John E. Gordon*, for plaintiff in error. *David W. Meadow, solicitor-general*, contra.